1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **CENTRAL DISTRICT OF CALIFORNIA**

7

8 LORRAINE A. W.,[1]                    Case No. 8:20-cv-01913 JAK (AFM)

9                    Plaintiff,

10          v.                          **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

11 KILOLO KIJAKAZI, Acting
   Commissioner of Social Security,
12

13                    Defendant.

14

15          This matter came before the Court on the Report and Recommendation of the

16 Magistrate Judge to whom the case was referred.  The time for filing Objections to

17 the Report and Recommendation has passed, and Objections have not been received.

18 The Court accepts the findings and recommendations of the Magistrate Judge.

19          IT IS HEREBY ORDERED that Judgment shall be entered affirming the

20 decision of the Commissioner and dismissing this action with prejudice.

21 DATED:  March 30, 2023

22

23                                      _____
                                        JOHN A. KRONSTADT
24                                      UNITED STATES DISTRICT JUDGE

25

26

27 [1]  Plaintiff's name has been partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case
28 Management of the Judicial Conference of the United States.